UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA SWANSON,

                              Plaintiff,

            -against-                                      24-CV-5334 (AS)

NEW YORK LIFE INSURANCE COMPANY,                           <u>ORDER</u>

                              Defendant.

ARUN SUBRAMANIAN, United States District Judge:

        Pursuant to the Court's orders at ECF Nos. 8 and 13, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 5, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 6, 2024**.

        SO ORDERED.

Dated:  December 6, 2024
        New York, New York

                                        _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge